UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# RETURNS ON GRAND JURY INDICTMENTS

JUDGE GREG KAYS

DATE: SEPTEMBER 26, 2012

This day comes the Grand Jury foreperson, Albert Byrd, and returns the following True Bills of Indictment before the Honorable Magistrate Sarah W. Hays.

## LIST THE FOLLOWING FOR EACH INDICTMENT

| Put √ if Warrant Issued | Case Number Assigned | Put √ if Superseding | Put S if Secret | Magistrate Judge's Initials | Defendant's Name |
|---|---|---|---|---|---|
| √ | 12-00272-01-CR-W-DW | | | REL | JOHN ROBERT BECK |
| √ | 12-00273-01-CR-W-NKL | | | SWH | DAVID BEDFORD |
| √ | 12-00274-01-CR-W-FJG | | | REL | AARON T. BELL |
| | 12-00275-01-CR-W-BCW | | | REL | KALIL BRYANT |
| √ | 12-00276-01-CR-W-DGK | | | SWH | DAMON M. CLYCE |
| √ | 12-00277-01-CR-W-GAF | | | SWH | KENNETH V. COOPER |
| | 12-00278-01-CR-W-GAF | | | SWH | DAVON L. COPPAGE |
| √ | 12-00279-01-CR-W-DW | | | REL | ANTONIO D. DIXON |
| | 12-00280-01-CR-W-DW | | | REL | ACIE A. EVANS |
| | 12-00281-01-CR-W-DGK | | | REL | JONATHAN M. GREEN |
| √ | 12-00282-01-CR-W-BCW | | | REL | WENDELL D. ISAAC |
| √ | 12-00283-01-CR-W-BCW | | S | JTM | |
| √ | -02- | | S | " | |
| √ | -03- | | S | " | |
| √ | -04- | | S | " | |
| √ | -05- | | S | " | |
| √ | -06- | | S | " | |
| √ | -07- | | S | " | |

| | | | | | |
|---|---|---|---|---|---|
| √ | -08- | | S | " | |
| √ | -09- | | S | " | |
| √ | -10- | | S | " | |
| √ | -11- | | S | " | |
| | -12- | | S | " | |
| √ | 12-00284-01-CR-W-HFS | | S | SWH | |
| √ | 12-00285-01-CR-W-NKL | | | JTM | TURANE MADDOX |
| | 12-00286-01-CR-W-FJG | | | JTM | RENE ALEXANDOR MERAS |
| √ | 12-00287-01-CR-W-DW | | | SWH | DONALD R. MONTGOMERY |
| | 12-00288-01-CR-W-NKL | | | JTM | JASON ROMDALL |
| | 12-00289-01-CR-W-GAF | | | JTM | MATTHEW J. SIEFKAS |
| √ | 12-00290-01-CR-W-HFS | | | REL | CRAIG A. SUTTON |
| √ | 12-00291-01-CR-W-GAF | | S | SWH | |
| √ | -02- | | S | " | |
| √ | -03- | | S | " | |
| √ | -04- | | S | " | |
| √ | -05- | | S | " | |
| √ | -06- | | S | " | |
| √ | -07- | | S | " | |
| √ | -08- | | S | " | |
| √ | -09- | | S | " | |
| | 12-00292-01-CR-W-DGK | | | REL | RODNEY L. WHITE |
| | 12-00293-01-CR-W-HFS | | | JTM | DAVID ZAVALA |
| √ | -02- | | | " | NOEL ZAVALA |
| | 12-00294-01-CR-W-BCW | | | JTM | DELMER L. ZELAYA-CLAROS |
| | | | | | |