(Judge Kays)

FILED
ANN THOMPSON, CLK.
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
GM

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 12-00275-01-CR-W-BCW
)
KALIL BRYANT, )
[DOB: 09/09/1982] )
)
Defendant. )

**VOTE SHEET**

Pursuant to Rule 6(a) of the Federal Rules of Criminal Procedure, I, Foreperson of the Grand Jury convened the 17th day of May 2011, by Order of this Court, dated March 16, 2011, and filed the 16th day of March 2011, do hereby certify that at least 16 Grand Jurors were present and that 19 Grand Jurors concurred in the finding of this indictment on the 26 day of September 2012.

[signature]
FOREPERSON OF THE GRAND JURY

The foregoing is to be certified, signed, and filed with the Clerk of the Court when the Indictment is filed.

Filed this 26 day of September, 2012.

ANN THOMPSON, Court Executive
United States District Court
Western District of Missouri

By: [signature]
Deputy Clerk